# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**VIRGINIA JOHNSON-GRUVER,**                                                              **PLAINTIFFS**
**Individually and on behalf of others similarly situated**

v.                                   Case No. 3:22-cv-00047-KGB

**VERCY L.L.C.**                                                                          **DEFENDANT**

## ORDER

Before the Court is defendant VERCY, L.L.C's ("VERCY") motion to admit counsel *pro hac vice* (Dkt. No. 7). VERCY seeks to have Brent R. Phillips admitted *pro hac vice* to serve as lead counsel for VERCY in this case (*Id.*, ¶ 4). Pursuant to the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Court grants the motion to admit Mr. Phillips *pro hac vice* (Dkt. No. 7). Local Rule 83.5(d). Mr. Phillips shall appear as counsel of record for VERCY along with its Arkansas counsel.

It is so ordered this 7th day of April, 2022.

Kristine G. Baker
United States District Judge