IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**VIRGINIA JOHNSON-GRUVER,** **PLAINTIFFS**
**Individually and on behalf of others similarly situated**

v.  Case No. 3:22-cv-00047-KGB

**VERCY L.L.C.** **DEFENDANT**

## ORDER

Before the Court is the status of this case. The Court entered a Final Scheduling Order on July 14, 2022, setting this case for trial the week of April 24, 2023 (Dkt. No. 12). The Court, on its own motion, removes this case from the April 24, 2023, trial calendar.

It is so ordered this 21st day of April, 2023.

_____
Kristine G. Baker
United States District Judge