IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**VIRGINIA JOHNSON-GRUVER,**                                                                                      **PLAINTIFFS**
**Individually and on behalf of others similarly**
**situated**

v.                                              Case No. 3:22-cv-00047-KGB

**VERCY L.L.C.**                                                                                                                   **DEFENDANT**

## ORDER

Before the Court is the status of this case. On August 8, 2022, defendant Vercy, LLC filed a notice of motion to transfer and consolidate for pretrial proceedings before the United States Judicial Panel on Multidistrict Litigation (Dkt. No. 13). On March 26, 2023, plaintiff Virginia Johnson-Gruver filed a motion to compel (Dkt. No. 14). Neither party has updated the Court on the status of the motion filed with the Judicial Panel on Multidistrict Litigation to transfer and consolidate pretrial proceedings.

The Court directs the parties to file a joint status report, or separate status reports, within 30 days of the entry of this Order updating the Court on the status of this case as to both the motion to transfer and consolidate and the discovery dispute described in plaintiff's motion to compel (*Id.*).

It is so ordered this 25th day of October, 2023.

_____
Kristine G. Baker
United States District Judge