# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**VIRGINIA JOHNSON-GRUVER,**  **PLAINTIFFS**
**Individually and on behalf of others similarly situated**

v.  Case No. 3:22-cv-00047-KGB

**VERCY L.L.C.**  **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 19). As the parties' stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court adopts the stipulation of dismissal. The Court dismisses with prejudice this case.

It is so ordered this 8th day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge